# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1836

_____

VICTOR BRIAN HUTCHERSON,

    Appellant,

v.

CORRINE ELIZABETH ROGNLIE,

    Appellee.

_____

On appeal from the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

June 20, 2018

PER CURIAM.

Upon consideration of Appellant's response to the Court's order to show cause, the Court has determined that the order on appeal is not a final order. *See Freiha v. Freiha*, 169 So. 3d 1292 (Fla. 1st DCA 2015); *Hinckley v. Dep't of Revenue, ex rel. K.A.C.H.*, 927 So. 2d 73, 75 (Fla. 2d DCA 2006). Accordingly, the appeal is dismissed.

ROWE, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Victor Brian Hutcherson, pro se, Appellant.

No appearance for Appellee.